UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION and<br><br>OFFICE OF THE MARYLAND ATTORNEY GENERAL, CONSUMER PROTECTION DIVISION,<br><br>   Plaintiffs,<br><br>      v.<br><br>LINDSAY CHEVROLET, L.L.C., *et al.*,<br><br>   Defendants. | Case No. 1:24-cv-02362 (MSN/WEF) |

**PLAINTIFFS' MOTION TO ENFORCE ORDER AND SANCTION DEFENDANTS**

Pursuant to Federal Rule of Civil Procedure 37(b) and Local Civil Rule 37(b), Plaintiffs Federal Trade Commission and the Office of the Maryland Attorney General, Consumer Protection Division (collectively, "Plaintiffs") respectfully request that the Court enforce the May 9, 2025 Order against Defendants and sanction them for their violation of the Order.

Pursuant to Federal Rule of Civil Procedure 37(a)(1) and Local Civil Rule 37(E), counsel for Plaintiffs conferred with Defendants' counsels, via videoconference and email, in a good faith effort to resolve the discovery matters that are the subject of this motion.

| | |
|---|---|
| Dated: June 13, 2025 | */s/ Sarah T. Abutaleb*<br>SARAH T. ABUTALEB<br>EVAN ZULLOW<br>JAMIE D. BROOKS<br>JASON SANDERS<br>ADAM SALTZMAN<br>WENDY MILLER<br>Federal Trade Commission<br>600 Pennsylvania Avenue NW |

1

Mail Stop CC-10232
Washington, D.C. 20580
Phone: 202-326-2914 (Zullow)
Phone: 202-326-2583 (Abutaleb)
Phone: 202-326-3764 (Brooks)
Phone: 202-326-2357 (Sanders)
Phone: 202-326-1038 (Saltzman)
Phone: 202- 326-3571 (Miller)
E-mail: ezullow@ftc.gov, sabutaleb@ftc.gov, jbrooks4@ftc.gov, jsanders1@ftc.gov, asaltzman1@ftc.gov, wmiller@ftc.gov

*/s/ Gregory A. Ashe (with permission)*
GREGORY A. ASHE (Virginia Bar No. 39131)
Local Counsel
Federal Trade Commission
600 Pennsylvania Avenue NW
Mail Stop CC-10232
Washington, D.C. 20580
Phone: (202) 326-3719
E-mail: gashe@ftc.gov

*Attorneys for Plaintiff*
*FEDERAL TRADE COMMISSION*

*/s/ Philip D. Ziperman*
PHILIP D. ZIPERMAN (admitted *pro hac vice*)
Deputy Chief
Office of the Maryland Attorney General,
Consumer Protection Division
200 St. Paul Place, 16th Floor
Baltimore, MD 21202
Phone: 410-576-6417
Email: pziperman@oag.state.md.us

*/s/ Sarah E. Larsen*
SARAH E. LARSEN (admitted *pro hac vice*)
Assistant Attorney General
Office of the Maryland Attorney General,
Consumer Protection Division
200 St. Paul Place, 16th Floor
Baltimore, MD 21202
Phone: 410-576-6595
Email: slarsen@oag.state.md.us

2

3

*/s/ Elise Balkin Ice (with permission)*
ELISE BALKIN ICE (Virginia Bar No. 66518)
Local Counsel
Assistant Attorney General, Deputy Counsel
Department of Public Safety and Correctional Services
6776 Reisterstown Road, Suite 313
Baltimore, Maryland 21215
Phone: 443-531-3859
Email: elise.ice1@maryland.gov

*Attorneys for Plaintiff*
*OFFICE OF THE MARYLAND ATTORNEY GENERAL, CONSUMER PROTECTION DIVISION*

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2025, I caused the foregoing to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: June 13, 2025

*/s/ Sarah T. Abutaleb*
Sarah T. Abutaleb
Federal Trade Commission
600 Pennsylvania Avenue NW
Mail Stop CC-10232
Washington, D.C. 20580
Phone: 202-326-2583
E-mail: sabutaleb@ftc.gov

Attorney for Plaintiff
FEDERAL TRADE COMMISSION